**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FULIN WU, Plaintiff, | : | NO. 4:25-CV-2122 |
| v. | : | |
| | : | (CAMONI, M.J.) |
| TODD LYONS, *et al.* Defendants. | : | |

**ORDER**

On November 10, 2025, the District Court for the Eastern District of New York transferred this case to the Middle District of Pennsylvania under the mistaken impression that the Moshannon Valley ICE Processing Center, where the Petitioner is detained, is located within this district. Doc. 8. Plaintiff's *pro se* Complaint, Doc. 1, challenges his detention by federal officials, which the transferring Court correctly construed to be a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. Section 2241 limits jurisdiction to the district in which the Plaintiff is in custody. *See*, Doc. 8. at 2, citing *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). While the Eastern District of New York correctly noted that it did not have jurisdiction over the matter, it incorrectly—albeit understandably—transferred it here. Because the Plaintiff is not,

in fact, detained within this district, this Court also lacks jurisdiction and must transfer the case to the correct district.

The Moshannon Valley Processing Center rests within the Western District of Pennsylvania. It has an address of 555 Geo Drive, Philipsburg, Pennsylvania.[1] Philipsburg is in Centre County, and Centre County is in the Middle District of Pennsylvania. Thus, it might appear that the Moshannon Valley Processing Center is in the Middle District of Pennsylvania. But although the Moshannon Valley Processing Center has a Philipsburg address, that does not mean that it is in Philipsburg proper or within Centre County. Rather, despite its address, the facility is actually located in adjacent Clearfield County.[2] And Clearfield County is within the Western District of Pennsylvania. *See* 28 U.S.C. § 118(c).

---

[1] *See* https://www.geogroup.com/facilities/moshannon-valley-processing-center (last visited November 17, 2025).

[2] *See* https://gantnews.com/2021/09/29/moshannon-valley-correctional-facility-to-reopen-as-ice-center/ (last visited November 17, 2025) (describing the facility as "near Philipsburg" and discussing proposed contracts with the Clearfield County Commissioner's, the GEO Group, and ICE regarding the facility); https://www.wesa.fm/courts-justice/2021-09-30/a-new-immigrant-detention-center-will-open-in-former-clearfield-county-prison (last visited November 17, 2025) (describing the facility as in Clearfield County).

Courts within both the Middle and Western Districts have repeatedly recognized that the Moshannon Valley ICE Processing Center lies in the Western District of Pennsylvania. *See*, *e.g.*, *Y.J.R.R. v. Warden Moshannon Valley ICE Processing Ctr.*, No. 25-00799, 2025 U.S. Dist. LEXIS 91307, at *3-4 (M.D. Pa. May 13, 2025) (collecting cases). Courts in our District routinely transfer § 2241 cases arising from detention in Moshannon Valley to the Western District. *Id.*

When a federal court lacks jurisdiction, it may transfer the case to another federal court that does have jurisdiction if it is in the interest of justice to do so. *See* 28 U.S.C. § 1631. “In determining whether transfer is ‘in the interest of justice,’ courts have considered whether the failure to transfer would prejudice the litigant, whether the litigant filed the original action in good faith, and other equitable factors.” *United States v. Banks*, 372 F. App’x 237, 239 (3d Cir. 2010) (quoting § 1631).

The Court finds that it would be in the interest of justice to transfer this action. There do not appear to be any equitable factors that would weigh against transfer. Courts often transfer under these circumstances where the only alternative, given the lack of jurisdiction, would be

dismissal. *See Y.J.R.R.*, 2025 U.S. Dist. LEXIS 91307, at *7 (collecting cases).

Accordingly, as this Court lacks jurisdiction over this Complaint, IT IS ORDERED THAT this action is to be transferred to the Western District of Pennsylvania.

Date: December 3, 2025

s/ *Sean A. Camoni*
Sean A. Camoni
United States Magistrate Judge